```
                                        IT IS HEREBY ADJUDGED
                                        and DECREED this is SO
                                        ORDERED.
```
**The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.**

**Dated: October 27, 2009**



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22354/1915372926

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-15252-RJH |
| Miguel Garcia-Hernandez | Chapter 13 |
| Debtor. | ORDER |
| Mortgage Electronic Registration Systems as nominee for JP Morgan Chase Bank N.A. | (Related to Docket #30) |
| Movant, vs. | |
| Miguel Garcia-Hernandez, Debtor, Edward J. Maney, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 18, 2006 and recorded in the office of the Maricopa County Recorder wherein Mortgage Electronic Registration Systems as nominee for JP Morgan Chase Bank N.A.

is the current beneficiary and Miguel Garcia-Hernandez has an interest in, further described as:

> LOT241, SUNGOLD UNITIII, ACCORDING TOTHE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, INBOOK 82 OF MAPS, PAGE 37

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT